AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MILLING, JR., BERT W. | U.S. DISTRICT COURT - SOUTHERN | 05/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

113 ST JOSEPH STREET
MOBILE, AL 36602

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBVA COMPASS CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 2. BBVA COMPASS MONEY MARKET ACCT | A | Interest | K | T | | | | | |
| 3. PITMAN PROPERTIES, LLC - FAIRHOPE, AL | E | Distribution | J | U | | | | | |
| 4. TD AMERITRADE - BROKERAGE ACCOUNT - HAYEK KALLEN | | | | | | | | | ALL ACCOUNTS LISTED BELOW |
| 5. - A T & T INC | | None | K | T | Buy | 12/17/13 | K | | |
| 6. - ABBOTT LABS | A | Dividend | K | T | | | | | |
| 7. - ABBVIE INC | A | Dividend | K | T | Spinoff (from line 6) | 01/02/13 | K | | |
| 8. - ACCENTURE LTD CL A | A | Dividend | K | T | Sold (part) | 11/26/13 | J | C | |
| 9. - ALTRIA GROUP | B | Dividend | K | T | | | | | |
| 10. - APPLE INC | A | Dividend | K | T | | | | | |
| 11. - APPLE INC | | | | | Buy (add'l) | 01/28/13 | J | | |
| 12. - ARCHER DANIELS MIDLAND CO COM | A | Dividend | K | T | | | | | |
| 13. - BERKSHIRE HATHAWAY - CL B | | None | K | T | | | | | |
| 14. - BOARDWALK PIPELINE PARTNERS | C | Distribution | K | T | | | | | |
| 15. - BOARDWALK PIPELINE PARTNERS | | | | | Buy (add'l) | 12/17/13 | J | | |
| 16. - CHINA MOBILE LTD SP ADR | B | Dividend | K | T | | | | | |
| 17. - COCA COLA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - CONOCO PHILLIPS | A | Dividend | J | T | | | | | |
| 19. - EXELON CORP | A | Dividend | | | Sold | 10/22/13 | J | A | |
| 20. - EXXON MOBIL | B | Dividend | L | T | | | | | |
| 21. - GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 22. - HERTZ GLOBAL HOLDINGS | | None | K | T | Buy | 08/09/13 | J | | |
| 23. - INTEL CORP | A | Dividend | K | T | | | | | |
| 24. - INTEL CORP | | | | | Buy (add'l) | 07/18/13 | J | | |
| 25. - JOHNSON & JOHNSON | B | Dividend | K | T | Sold (part) | 11/26/13 | J | C | |
| 26. - MARATHON OIL | A | Dividend | J | T | | | | | |
| 27. - MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 28. - MICROSOFT | B | Dividend | K | T | | | | | |
| 29. - MOLSON COORS BREWING CL B | A | Dividend | K | T | | | | | |
| 30. - NOVARTIS A G | A | Dividend | K | T | | | | | |
| 31. - NOVO-NORDISK A S ADR | A | Dividend | K | T | | | | | |
| 32. - ORACLE CORP COM | | None | J | T | Buy | 12/17/13 | J | | |
| 33. - PEABODY ENERGY | A | Dividend | | | Sold | 11/26/13 | J | A | |
| 34. - PEPSICO INC CO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PFIZER INC | | None | K | T | Buy | 12/17/13 | K | | |
| 36. - PHILLIP MORRIS | B | Dividend | K | T | | | | | |
| 37. - QUALCOMM INC | A | Dividend | J | T | | | | | |
| 38. - SCHLUMBERGER LTD | A | Dividend | | | Sold | 07/17/13 | J | A | |
| 39. - SOUTHERN COMPANY | | None | J | T | Buy | 12/17/13 | J | | |
| 40. - TARGET CORP COM | A | Dividend | K | T | | | | | |
| 41. - TEVA PHARM INDS | A | Dividend | | | Sold | 11/26/13 | K | A | |
| 42. - THERMO FISHER SCIENTIFIC | A | Dividend | L | T | Sold (part) | 07/17/13 | J | C | |
| 43. - UNITED TECH CORP | A | Dividend | K | T | | | | | |
| 44. - VERIZON COMMUNICATIONS | B | Dividend | K | T | Sold (part) | 07/17/13 | J | B | |
| 45. - VODAFONE GROUP PLC ADR | B | Dividend | K | T | | | | | |
| 46. - WAL-MART | A | Dividend | K | T | | | | | |
| 47. - WASTE MANAGEMENT | A | Dividend | J | T | | | | | |
| 48. - AMERICAN CENTURY SHORT | A | Dividend | | | Sold | 05/06/13 | K | A | |
| 49. - BRANDYWINE FUND | | None | K | T | Sold (part) | 11/26/13 | J | B | |
| 50. - FRANKLIN FED TAX FREE INCOME CL | C | Dividend | M | T | | | | | |
| 51. - PROFESSIONALLY MGD: OSTERWEIS FD | C | Dividend | K | T | Sold (part) | 11/26/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - SEQUIOA FUND | B | Dividend | L | T | Sold (part) | 10/22/13 | J | C | |
| 53.  - SEQUIOA FUND | | | | | Sold (part) | 11/26/13 | K | D | |
| 54.  - THORNBURG INTL VALUE FUND | A | Dividend | | | Sold | 09/09/13 | J | C | |
| 55.  - DB CAPITAL FUNDING X PFDS DIV 7 | B | Dividend | K | T | | | | | |
| 56.  - AVON PRODUCTS INC NT 6.5% | A | Interest | J | T | | | | | |
| 57.  - BANK AMER N A CD | | None | K | T | | | | | |
| 58.  - CHICAGO ILL G/O BONDS UNLTD 5% | A | Interest | K | T | | | | | |
| 59.  - CITIGROUP FUNDING INC SR MTN | | None | K | T | Buy | 03/11/13 | K | | |
| 60.  - CITIGROUP INC SUB NT 5% | B | Interest | K | T | | | | | |
| 61.  - DELL INC NOTE | A | Interest | | | Buy | 01/18/13 | K | | |
| 62.  - DELL INC NOTE | | | | | Sold | 02/25/13 | K | A | |
| 63.  - EDGECOMBE CNTY NC LMTD OBLIG | A | Interest | K | T | Buy | 09/05/13 | K | | |
| 64.  - HEWLETT PACKARD CO SR UNSECURED | A | Interest | J | T | | | | | |
| 65.  - INGERSOLL-RAND GLOBAL HLDG CO | B | Interest | K | T | | | | | |
| 66.  - JOHN HANCOCK LIFE INS CO | A | Interest | K | T | | | | | |
| 67.  - J P MORGAN CHASE BANK NA SR UNSECURED | | None | K | T | Buy | 03/25/13 | K | | |
| 68.  - LLOYDS TSB BANK PLC SR MED | B | Int./Div. | K | T | Buy | 03/13/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - LOEWS CORP | B | Interest | K | T | | | | | |
| 70. - LONG ISLAND PWR AUTH N Y ELEC | A | Interest | K | T | | | | | |
| 71. - MICHIGAN MUNI BD AUTH REV | A | Interest | K | T | Buy | 09/04/13 | K | | |
| 72. - MORGAN STANLEY DEAN WITTER SR UNSCRD 7% | | None | | | Sold | 02/25/13 | K | A | |
| 73. - POTASH CORP SASKATCHE 5.25% | B | Interest | K | T | | | | | |
| 74. - ROYAL BANK OF SCOTLAND | | None | J | T | | | | | |
| 75. - ROYAL BANK OF SCOTLAND PLC VAR | C | Interest | L | T | | | | | |
| 76. - SOCIETE GENERALE SR UNSEC | | None | K | T | Buy | 04/05/13 | K | | |
| 77. - SUNTRUST BANK CD | | None | K | T | | | | | |
| 78. - TIME WARNER CABLE INC 8.25% | B | Interest | K | T | | | | | |
| 79. - TOYOTA MOTOR CREDIT NOTES | A | Interest | K | T | | | | | |
| 80. - UNION BANK CALIF N A 18.0% | | None | K | T | | | | | |
| 81. - UNION BANK CALIF N A SAN FRAN | | None | K | T | Buy | 04/25/13 | K | | |
| 82. - WELLS FARGO BK CD | | None | K | T | | | | | |
| 83. - WESTERN UNION NOTE MW | B | Interest | K | T | Buy | 01/29/13 | K | | |
| 84. - WESTERN UNION SR UNSECURED | A | Interest | K | T | | | | | |
| 85. - CASH - HAYEK KALLEN | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - TD BANK USA FDIC INSRD DEPOSIT | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/16/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ BERT W. MILLING, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544